1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVAN DEVITO,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF SAN JOSE, OFFICER BRIAN JETT, an individual, OFFICER TIM ALFORD, an individual, and DOES 1-50,<br><br>  Defendants. | Case No.: CV 11-003225 PSG<br><br>**ORDER GRANTING EXTENSION OF TIME** |

On June 29, 2011, Plaintiff Evan DeVito ("DeVito") filed a complaint against Defendants City of San Jose and individual officers Brian Jett, Tim Alford, and Does 1-50 ("Defendants"). DeVito alleges federal civil rights violations under 42 U.S.C. § 1983 as well as multiple common law tort causes of action. On August 16, 2011, Defendants filed a motion to dismiss the tort causes of action, with a hearing date set for October 18, 2011.

The court has received ito's motion for extension of time to file a responsive pleading pursuant to Fed. R. Civ. P. 6(b). Based on DeVito's good faith efforts to resolve scheduling conflicts, the court GRANTS DeVito's motion to extend time to reply to the motion to dismiss. Accordingly,

ORDER, *page 1*

IT IS HEREBY ORDERED that DeVito's Opposition to Defendants Motion to Dismiss is due on October 4, 2011. Defendants' Reply to DeVito's Opposition is due October 11, 2011. The court further notes that the date of the hearing on Defendant's motion to dismiss remains unchanged. The hearing on the motion to dismiss will take place on October 18, 2011 at 10:00 a.m.

The parties are reminded that the Case Management Conference in this matter is set for September 13, 2011 at 2:00 p.m..

Dated: August 24, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge