RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
STEVEN B. DIPPELL, Senior Deputy City Attorney (#121217)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Phone: (408) 535-1900
Fax:    (408) 998-3131
E-Mail: CAO.Main@sanjoseca.gov

Attorney for Defendants,
CITY OF SAN JOSE, OFFICER BRYAN JETT and OFFICER TIM ALFORD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ DIVISION

| EVAN DEVITO, | NO. CV11-03225 PSG |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER VACATING ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| CITY OF SAN JOSE, OFFICER BRIAN JETT, OFFICER TIM ALFORD, et al., | |
| Defendants. | |

**STIPULATION**

Plaintiff Evan DiVito ("DeVito") in *pro per* and Defendant City of San Jose (the "City") by and through its undersigned counsel of record do herewith stipulate and agree to the following:

1. DeVito's complaint in this action attempts to state Civil Rights and tort causes of action allegedly arising from his arrest by the San Jose Police Department. Criminal charges against DeVito resulting from that arrest are still pending in Santa Clara County Superior Court.

2. The City has brought a motion to dismiss DeVito's tort causes of action, and to stay whatever portion of DeVito's case that remains until the criminal charges against him are adjudicated. The City believes that adjudication of those charges may impact the scope and nature of the allegations DeVito can pursue in this action. The City's motion is set for hearing on October 18, 2011.

1

3.      The parties believe that the interests of efficiency and economy will best be served if the activities described in the Order Setting Initial Case Management Conference and ADR Deadlines, filed on June 29, 2011, are postponed at least until after the court decides the City's motion since, as a result of that motion, the issues in the case may be narrowed and/or the matter may be stayed entirely until DeVito's criminal proceedings are concluded (which may narrow the issues in the case further).

4.      Therefore, the parties respectfully request that the court vacate the above-referenced Order Setting Initial Case Management Conference and ADR Deadlines.

Dated:  August 25, 2011                     /s/ Evan Devito
                                            EVAN DEVITO
                                            Plaintiff, *Pro Se*

Dated:  August 25, 2011                     RICHARD DOYLE, City Attorney


                                            By:  /s/ Steven B. Dippell
                                                 STEVEN B. DIPPELL
                                                 Sr. Deputy City Attorney

                                            Attorney for Defendants,
                                            CITY OF SAN JOSE, OFFICER BRYAN JETT
                                            and OFFICER TIM ALFORD

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Steve Dippell and Evan DeVito, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.


Dated:  August 25, 2011                     By:  /s/ Steven B. Dippell
                                                 STEVEN B. DIPPELL

//
//
//

2

**ORDER**

Having read and considered the parties' stipulation and joint request, and finding good cause for the relief requested, it is hereby ordered that the Order Setting Initial Case Management Conference and ADR Deadlines, filed on June 29, 2011, is vacated, including the initial case management conference on September 13, 2011, and deadlines specified therein and, instead, the parties shall appear at the upcoming hearing of the City's pending motion.

Dated:        8/25/2011

_____
HON. PAUL S. GREWAL
Judge of the United States District Court

Stipulation & [Proposed] Order Vacating Order Setting Initial
Case Management Conference & ADR Deadlines

CV11-03225 PSG
785886