UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVAN DEVITO,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CITY OF SAN JOSE, OFFICER BRIAN JETT, OFFICER TIM ALFORD, and DOES 1-50,<br><br>　　　　　Defendants. | Case No.: CV 11-03225 PSG<br><br>**ORDER**<br><br>**(Re: Docket No. 24)** |

On October 17, 2011, the court granted the parties' request to stay this matter pending the resolution of criminal charges against Evan Devito ("Devito").[1] The court ORDERS that each party submit a letter to the court apprising it of: (1) the present status of Devito's criminal case; and (2) whether the stay should be lifted. The parties must submit their respective letters no later than July 20, 2012, or an order to show cause will issue.

IT IS SO ORDERED.

Dated: July 5, 2012

　　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 24 (Order) at 6.

Case No.: 11-03225 PSG
ORDER

1