UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVAN DEVITO,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF SAN JOSE, OFFICER BRIAN JETT, OFFICER TIM ALFORD, and DOES 1-50,<br><br>　　　　　　Defendants. | Case No.: CV 11-03225 PSG<br><br>**ORDER**<br><br>**(Re:  Docket No. 24)** |

On October 17, 2011, the court granted the parties' request to stay this matter pending the resolution of criminal charges against Evan Devito ("Devito").[1] On July 5, 2012, the court ordered that each party submit a letter to the court apprising it of: (1) the present status of Devito's criminal case; and (2) whether the stay should be lifted. On July 13, 2012, Devito submitted a letter to the court apprising it of the status of his criminal case.[2] After reviewing the letter, the court is satisfied that, in the interest of justice, the stay should remain in place.

IT IS SO ORDERED.

Dated: July 17, 2012

　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 24 (Order) at 6.

[2] *See* Docket No. 26.

Case No.:  11-03225 PSG
ORDER

1