UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVAN DEVITO,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CITY OF SAN JOSE, OFFICER BRIAN JETT, OFFICER TIM ALFORD, and DOES 1-50,<br><br>　　　　　Defendants. | Case No.: CV 11-03225 PSG<br><br>**ORDER LIFTING STAY**<br><br>**(Re: Docket No. 24)** |

　　　　On October 17, 2011, the court granted the parties' request to stay this matter pending the resolution of criminal charges against Evan Devito ("Devito").[1] On July 5, 2012, the court ordered that each party submit a letter to the court apprising it of: (1) the present status of Devito's criminal case; and (2) whether the stay should be lifted.

　　　　On July 13, 2012, Devito submitted a letter to the court apprising it of the status of his criminal case.[2] On July 17, 2012, after reviewing the letter, the court ordered that the stay remain in place.[3] On August 9, 2012, Devito submitted another letter to the court, apprising it that the criminal matter had been resolved, and requesting that the court lift the stay.[4]

---

[1] *See* Docket No. 24 (Order Granting Req. to Stay Pl.'s Remaining Cause of Action) at 6.

[2] *See* Docket No. 26.

[3] *See* Docket No. 27 (Order).

[4] *See* Docket No. 29.

1

Case No.: 11-03225 PSG
**ORDER LIFTING STAY**

1   The court ORDERS that the stay be lifted, and that the parties appear on August 21, 2012,
2   at 2:00 p.m. for a status conference.
3   IT IS SO ORDERED.
4   Dated: August 10, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.:  11-03225 PSG
**ORDER LIFTING STAY**